NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FLORIDA DIGESTIVE HEALTH )
SPECIALISTS, LLP and RAMON E. )
COLINA, M.D., LLC, )
                                                        )
          Appellants, )
                                                        )
v.                                                    )          Case No.  2D16-2480
                                                        )
RAMON E. COLINA, M.D., )
                                                        )
          Appellee. )
                                                        )

Opinion filed December 9, 2016.

Appeal pursuant to Fla. R. App. P.
9.130 from the Circuit Court for
Sarasota County; Rochelle T. Curley,
Judge.

George G. Mahfood of Broad and Cassel,
Miami, and Mark M. Barber of Broad and
Cassel, Tampa, for Appellants.

Daniel C. Guarnieri of Berlin Patten Ebling,
PLLC, Sarasota, and Raul E. Pinzon-
Morales, Orlando, for Appellee.


PER CURIAM.

          This appeal is dismissed as moot.  The issues raised in this appeal were

resolved by the trial court's October 26, 2016, order complying with this court's

published order in appeal No. 2D14-4551 granting the Appellants' motion to enforce

mandate.  See <u>Fla. Digestive Health Servs., LLP v. Colina</u>, 41 Fla. L. Weekly D2078

(Fla. 2d DCA Sep. 7, 2016).

Dismissed.


MORRIS, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.